### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HABURSKY, | : CIVIL DIVISION |
| Plaintiff, | : Case No.: 1:23-cv-307 |
| v. | : |
| ERIE WATER WORKS, | : *Filed Electronically* |
| Defendant. | : |

### DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Erie Water Works in the above captioned action, certifies that as an independent municipal authority, there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

*s/Jill M. Lashay*
Jill M. Lashay (ID #PA 79985)
jill.lashay@bipc.com
Amanda M. Scarpo (ID #PA 318596)
amanda.scarpo@bipc.com
Buchanan Ingersoll & Rooney PC
409 North Second Street
Harrisburg, PA  17101-1357
Phone: (717) 237-4800
Facsimile: (717) 233-0852
*Attorneys for Defendant*

Date:  November 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court electronically for filing and for electronic service upon the following attorneys of record this 10th day of November, 2023:

Timothy McNair
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com

*Counsel of record for Plaintiff*

By: /s/ *Krista M. Kiger*
      Krista M. Kiger
      Paralegal