# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HABURSKY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:23-cv-00307-SPB |
| ERIE WATER WORKS, | ) ) ) |
| | ) *Electronically Filed* |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Amanda M. Scarpo, Esquire, as co-counsel for Defendant in the above-captioned matter.

                                     Respectfully submitted,

                                     BUCHANAN INGERSOLL & ROONEY PC

                                     *s/Amanda M. Scarpo*
                                     Jill M. Lashay (ID #PA 79985)
                                     jill.lashay@bipc.com
                                     Amanda M. Scarpo (ID #PA 318596)
                                     amanda.scarpo@bipc.com
                                     Buchanan Ingersoll & Rooney PC
                                     409 North Second Street
                                     Harrisburg, PA  17101-1357
                                     Phone: (717) 237-4800
                                     Facsimile: (717) 233-0852
Date:  November 10, 2023              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court electronically for filing and for electronic service upon the following attorneys of record this 10th day of November, 2023:

Timothy McNair
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com

*Counsel of record for Plaintiff*

By: /s/ *Krista M. Kiger*
Krista M. Kiger
Paralegal