IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HABURSKY,<br>　　　Plaintiff,<br><br>vs.<br><br>ERIE WATER WORKS,<br>　　　Defendant. | Civil Action No.　　1:23-cv-00307-SPB<br><br>District Judge Susan Paradise Baxter |

### ORDER

All counsel of record in this case must read the attached article on mediation prior to the Initial Case Management Conference and share the same with their client(s). The attached article is being disseminated with permission of the author and The Pennsylvania Lawyer.

Dated: November 20, 2023

*s/Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge

Attachment

cc (via ECF email notification):

All Counsel of Record