**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL HABURSKY,
      Plaintiff,

vs.

ERIE WATER WORKS,
      Defendant.

Civil Action No. 1:23-cv-00307-SPB

**CASE PARTICIPANTS ONLY**

**<u>IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS</u>**

      All telephonic proceedings will be held via a Microsoft Teams Audio Conference telephone number listed below. Each Scheduling Order will list the date and time and instruct you to refer to this document for the phone number and conference code. When you call the dial-in number, you will be instructed to enter the Phone Conference ID.  Then, you will enter the Phone Conference ID code, followed by pressing pound (#).

**<u>DIAL-IN NUMBER</u>**

**Phone number: (814) 400-5033**

**Phone Conference ID: 136 238 296#**

                  <u>s/ Susan Paradise Baxter</u>
                  SUSAN PARADISE BAXTER
                  UNITED STATES DISTRICT JUDGE