IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HABURSKY, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | Case No.: 1:23-cv-307 |
| | : | |
| v. | : | District Judge Susan Paradise Baxter |
| | : | |
| ERIE WATER WORKS, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**

Select one of the following processes:

   __X__ Mediation
   _____ Early Neutral Evaluation (ENE)
   _____ Court sponsored Binding[1] Arbitration
   _____ Court sponsored Non-binding Arbitration
   _____ Other (please identify process and provider) _____

If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.

**II. COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

   __50__ % by Plaintiff(s)

   __50__ % by Defendant(s)

---

[1] For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

    _____% by Third Party Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

### III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | Craig Murphey |
| Address of Neutral: | 2525 W 26th Street, Erie, PA 16506 |
| Telephone & FAX Numbers: | (814) 402-8826 |
| Email address of Neutral: | craig@purchasegeorge.com |
| **Date of ADR Session:** | **February 1, 2024, at 9:00AM via Teams** |

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

### IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff:

- Michael Habursky, Plaintiff
- Timothy McNair, McNair Law Offices

For Defendant:

- Jill M. Lashay, Buchanan Ingersoll & Rooney PC
- Amanda M. Scarpo, Buchanan Ingersoll & Rooney PC
- Ronald Costantini, Senior Manager, Administration, Erie Water Works
- Adriane Price, Zurich Insurance

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

V.      ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.


*/s/ Timothy McNair*
Timothy McNair (PA [insert number])
tmcnair@mcnairlaw.com
821 State Street
Erie, PA 16501
Telephone: (814) 452-0700
Fax: (814) 454-2371

*Counsel for Plaintiff*

*/s/ Amanda M. Scarpo*
Amanda M. Scarpo (PA 318596)
amanda.scarpo@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant St., Suite 200
Pittsburgh, PA 15219
Telephone: 412-562-8800
Fax: 412-562-1041

Jill M. Lashay (PA 79985)
jill.lashay@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
409 North Second Street
Harrisburg, PA 17101-1357
Telephone: (717) 237-4800
Fax: (717) 233-0852

*Counsel for Defendant*