# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HABURSKY, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | Case No.: 1:23-cv-307 |
| | : | |
| v. | : | District Judge Susan Paradise Baxter |
| | : | |
| ERIE WATER WORKS, | : | |
| | : | |
| Defendant. | : | |

## CONFIDENTIALITY UNDERTAKING

The undersigned hereby states and agrees as follows:

(a) I have read and I understand the attached Stipulation of Confidentiality and Protective Order entered in the above-captioned action, and I agree to be bound by it;

(b) I understand that Confidential Material, including Documents and information marked "CONFIDENTIAL", is confidential;

(c) I understand that the unauthorized disclosure of Confidential Material, including Documents and information marked "CONFIDENTIAL", may constitute contempt of Court; and

(d) I consent to the exercise of personal jurisdiction over me by the United States District Court for the Western District of Pennsylvania for purposes of enforcing this Confidentiality Undertaking.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date:_____          _____
                                                                          (signature)

                                                                  _____
                                                                          (print name)