IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL HABURSKY )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 1:23-CV-00307-SPB
)
ERIE WATER WORKS )
)
)
Defendant(s) )

## REPORT OF NEUTRAL

A __Mediation__ session was held in the above captioned matter on __February 1, 2024__.

The case (please check one):
    __X__ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: __2/8/24__   _____
                                             Signature of Neutral

Rev. 09/11