IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| MICHAEL HABURSKY,<br><br>Plaintiff,<br><br>v.<br><br>ERIE WATER WORKS,<br><br>Defendant. | Case No.: 1:23-cv-00307-SPB<br><br>***JURY TRIAL DEMANDED*** |

## STIPULATION OF DISMISSAL

Plaintiff, Michael Habursky and Defendant, Erie Water Works, by and through their undersigned counsel, hereby stipulate pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), that this action shall be DISMISSED, with prejudice, as between all parties, and each party shall bear their own costs and fees, including attorney's fees, incurred in connection with this action, except as may be provided in any settlement agreement.

The Court retains jurisdiction to enforce any settlement agreement of the parties.

Dated: March 25, 2024

*/s/ Timothy D. McNair*
Timothy D. McNair, Esquire
PA I.D.: 34304
McNAIR LAW OFFICES, PLLC
821 State Street
Erie, PA 16501
814-452-0700 (Direct)
814-454-2371 (Facsimile)
tmcnair@mcnairlaw.com
*Counsel for Plaintiff, Michael Habursky*

Dated: March 25, 2024

*/s/ Amanda M. Scarpo*
Amanda M. Scarpo, Esquire
PA ID No. 318596
Buchanan Ingersoll & Rooney PC
409 North Second Street
Harrisburg, PA 17101-1357
(717) 237-4800 // (717) 233-0852 fax
amanda.scarpo@bipc.com
*Counsel for Defendant, Erie Water Works*