IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

MICHAEL HABURSKY,

    Plaintiff,

v.

ERIE WATER WORKS,

    Defendant.

Case No.: 1:23-cv-00307-SPB

***JURY TRIAL DEMANDED***

## ORDER OF DISMISSAL

AND NOW, this _____ day of March, 2024, upon consideration of the foregoing STIPULATION OF DISMISSAL, it is ORDERED that the above action is DISMISSED, with prejudice.

The Court retains jurisdiction to enforce any settlement agreement of the parties.

BY THE COURT:

_____
Susan Paradise Baxter, U.S.D.J.