IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| MICHAEL HABURSKY, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:23-cv-00307-SPB |
| ERIE WATER WORKS, | : |
| Defendant. | : |
| | : ***JURY TRIAL DEMANDED*** |

## ORDER OF DISMISSAL

AND NOW, this __27th__ day of March, 2024, upon consideration of the foregoing STIPULATION OF DISMISSAL, it is ORDERED that the above action is DISMISSED, with prejudice.

The Court retains jurisdiction to enforce any settlement agreement of the parties.

BY THE COURT:

*/s/ Susan Paradise Baxter*
Susan Paradise Baxter, U.S.D.J.